I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY *Petitioner*
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3 11 2011

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN GZIKOWSKI,

      Petitioner,

    vs.

T. BUSBY, Warden,

      Respondent.

Case No.  CV 10-09857-RGK (RNB)

**JUDGMENT**

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   MAR 1 0 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE